**BRYAN CAVE LLP**
Robert A. Padway, California Bar No. 48439
Deborah A. Goldfarb, California Bar No. 241942
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:    (415) 675-3400
Facsimile:     (415) 675-3434
Email:          deborah.goldfarb@bryancave.com
                    gaddis.clayton@bryancave.com

Attorneys for Defendants
BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP,
and COUNTRYWIDE HOME LOANS, INC.

**LAW OFFICES OF HOLLY S. BURGESS**
Holly S. Burgess, California Bar No. 104757
680 Auburn Folsom Road, Suite 109
Auburn, CA 95661
Telephone:    (530) 889-8900
Facsimile:     (530) 889-8988
Email:          hollyburgess@lohsb.com

Attorney for Plaintiff
GENNADY SHAPIRO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GENNADY SHAPIRO,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; PRLAP, INC.; RECONTRUST COMPANY, N.A.; BAC HOME LOANS SERVICING, LP; VERDUGO TRUSTEE SERVICE CORPORATION; CITIBANK, N.A.; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:11-cv-00576-JAM-CMK<br><br>**JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT PURSUANT TO L.R. 143 AND 144**<br><br>Complaint Filed:   March 1, 2011<br>Trial Date:             Not Yet Assigned<br>Judge:                   Hon. Craig M. Kellison |

PDF created with pdfFactory trial version www.pdffactory.com

# **JOINT STIPULATION**

Defendants Bank of America, N.A., PRLAP, Inc., Recontrust Company, N.A., and BAC Home Loans Servicing, LP (collectively "Defendants") and Plaintiff Gennady Shapiro ("Plaintiff") by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiff filed her Complaint in this action on March 1, 2011;
2. Defendants received notice of this action on March 23, 2011;
3. Defendants' deadline to file a responsive pleading to Plaintiff's Complaint has not been set by Order of this Court;
4. Per Federal Rules of Civil Procedure, Rule 12, Defendants' deadline to file a responsive pleading to Plaintiff's Complaint is April 13, 2011;
5. In order to explore settlement negotiations, reduce cost of litigation for both parties, and unburden the Court's docket, Defendants, by and through their undersigned counsel, request and Plaintiff agrees on April 7, 2011 that Defendants' deadline to file a responsive pleading to Plaintiff's Complaint shall be extended to May 31, 2011;
6. This is the first extension sought in this action by either party;
7. The stipulated extension to file a responsive pleading will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Defendants or Plaintiff may wish to assert in their pleadings, all of which are expressly reserved.

**IT IS SO ORDERED.**

Date: 4/12/2011

/s/ John A. Mendez_____
**U.S. DISTRICT COURT JUDGE**

Dated: April 12, 2011

**LAW OFFICES OF HOLLY S. BURGESS**
Holly S. Burgess

By:   /s/ Holly S. Burgess
       Holly S. Burgess
Attorneys for Plaintiff
GENNADY SHAPIRO

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: April 12, 2011 | **BRYAN CAVE LLP**<br>Deborah A. Goldfarb<br>Clayton Gaddis<br><br>By: /s/ Clayton Gaddis<br>       Clayton Gaddis<br>Attorneys for Defendants<br>BANK OF AMERICA, N.A., RECONTRUST COMPANY, N.A., AND BAC HOME LOANS SERVICING, LP, |

PDF created with pdfFactory trial version www.pdffactory.com