Holly S. Burgess (SBN 104757)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn Folsom Road, Suite 109
Auburn, CA  95661
Telephone:  (530) 889-8900
Facsimile:   (530) 889-8988
*hollyburgess@lohsb.com*

Attorney for Plaintiff
GENNADY SHAPIRO

THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GENNADY SHAPIRO, | ) **CASE NO:  2:11-cv-00576-JAM-CMK** |
| | ) |
| Plaintiff, | ) **ORDER DISMISSING COMPLAINT** |
| vs. | ) **AGAINST DEFENDANT CITIBANK,** |
| | ) **N.A. AND DEFENDANT VERDUGO** |
| | ) **TRUSTEE SERVICE CORPORATION** |
| BANK OF AMERICA, N.A. et al. | ) **ONLY AND WITHOUT PREJUDICE** |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

The Court, having reviewed the **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT CITIBANK, N.A. AND DEFENDANT VERDUGO TRUSTEE SERVICE CORPORATION** filed by Plaintiff GENNADY SHAPIRO pursuant to Federal Rules of Civil Procedure, Rule 41(a), hereby orders as follows:

///

///

///

///

///

1      **IT IS HEREBY ORDERED** that the complaint in the above captioned matter is dismissed

2  without prejudice against Defendant Citibank, N.A. and Defendant Verdugo Trustee Service

3  Corporation.

4  Dated:   October 12, 2011.

5                                                    _____/s/ John A. Mendez_____

6                                                    John A. Mendez
                                                     JUDGE, U.S. DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28