Holly S. Burgess (SBN 104757)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn Folsom Road, Suite 109
Auburn, CA  95661
Telephone:  (530) 889-8900
Facsimile:   (530) 889-8988
*hollyburgess@lohsb.com*


Attorney for Plaintiff
GENNADY SHAPIRO

THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GENNADY SHAPIRO, <br><br> Plaintiff, <br> vs. <br><br> BANK OF AMERICA, N.A. et al. <br><br> Defendants. | ) CASE NO:  2:11-cv-00576-JAM-CMK <br> ) <br> ) **ORDER DISMISSING COMPLAINT** <br> ) **AGAINST DEFENDANT CITIBANK,** <br> ) **N.A. AND DEFENDANT VERDUGO** <br> ) **TRUSTEE SERVICE CORPORATION** <br> ) **ONLY AND WITHOUT PREJUDICE** |

The Court, having reviewed the **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT CITIBANK, N.A. AND DEFENDANT VERDUGO TRUSTEE SERVICE CORPORATION** filed by Plaintiff GENNADY SHAPIRO pursuant to Federal Rules of Civil Procedure, Rule 41(a), hereby orders as follows:

///

///

///

///

///

1    **IT IS HEREBY ORDERED** that the complaint in the above captioned matter is dismissed
2 without prejudice against Defendant Citibank, N.A. and Defendant Verdugo Trustee Service
3 Corporation.
4 Dated:   October 12, 2011.

                                              /s/ John A. Mendez
                                   John A. Mendez
                                   JUDGE, U.S. DISTRICT COURT